UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ABC,

                    Plaintiff,

        -v-

DEF,

                 Defendant.

-------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 03/10/2026

25-mc-465 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Clerk of Court is respectfully requested to unseal the Order at Dkt. No. 3.

SO ORDERED.

Dated: March 10, 2026
      New York, New York

                                  LEWIS J. LIMAN
                        United States District Judge